DIANA L. WEISS (CSB121150)
Attorney At Law
1563 Solano Avenue Suite 223
Berkeley, CA 94707
Telephone:   510-847-1012
Facsimile:   510-525-1321

Attorney for Defendant
ARTURO FARIAS-SEGURA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-06-00441-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER |
| | ) | |
| ARTURO FARIAS-SEGURA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jill Thomas, and Defendant Arturo Farias-Segura through his attorney Diana L. Weiss, as follows:

    Defendant Farias-Segura and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, defense counsel has recently received the initial discovery in this matter and additional time is needed to review the discovery.  There is also additional discovery outstanding that has yet to be produced to the defendant, including wiretap recordings.  The parties stipulate and

agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is agreed that the status conference date of June 20, 2008 be vacated and that a new status conference date of June 27, 2008, at 9:00 a.m. be set.

```
                                    Respectfully submitted,

DATED: June 16, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney
                                    By DW per email authorization


DATED: June 16, 2008
                                    /s/ Diana L. Weiss
                                    DIANA L. WEISS
                                    Attorney for Defendant
                                    ARTURO FARIAS-SEGURA
```

### ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 20, 2008, be vacated an a new status conference be scheduled on June 27, 2008, at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to June 27, 2008, under Local Code T4, Title 18, United States Code Section 3161(h)(8)(B)(iv).  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge